COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

TEHINA MARIE ALCALA,                                    No. 08-11-00019-CV

§

Appellant,                                          Appeal from the

§

v.                                                      17th District Court

§

OLD AMERICAN COUNTY MUTUAL                              of Tarrant County, Texas
FIRE INSURANCE COMPANY,          §

(TC# 017-233389-08)

Appellee.                    §

## MEMORANDUM OPINION

The clerk's record for this appeal was due on January 23, 2011.  The district clerk notified the clerk of this Court that Appellant failed to pay for the record.  Consequently, the clerk's record has not been filed.  On January 27, 2011, the clerk of this Court notified the parties that the Court intended to dismiss the appeal for want of prosecution unless they showed grounds within ten days for continuing the appeal.  The notice advised the parties that if no response was received, the appeal could be dismissed without further notice.  No one has responded to the notice.

When the clerk's record is not filed because the appellant failed to pay for it, we may dismiss the appeal for want of prosecution, unless the appellant cures the deficiency or shows that she is entitled to proceed without payment of costs. TEX. R. APP. P. 37.3(b).  Appellant has been notified of the deficiency, but has neither cured it nor shown her entitlement to proceed without payment of costs.  Accordingly, we dismiss the appeal for want of prosecution.

GUADALUPE RIVERA, Justice

February 23, 2011

Before Chew, C.J., McClure, and Rivera, JJ.